```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------
DASHON HINES,
                                    Petitioner,
          -v.-                                                   9:02-CV-0057
                                                                 (GLS)(RFT)

VICTOR T. HERBERT, Superintendent,

                                    Respondent.
--------------------------------------------------------------------------
```

**APPEARANCES:**                          **OF COUNSEL:**

DASHON HINES
Petitioner, *pro se*
00-B-1421
Attica Correctional Facility
Box 149, Exchange Street
Attica, NY 14011

HON. ELIOT SPITZER                        PATRICK F. MACRAE, ESQ.
Office of the Attorney General
State of New York
615 Erie Boulevard West
Suite 102
Syracuse, NY 13204

GARY L. SHARPE, U.S. DISTRICT JUDGE


## ORDER

On January 16, 2002, petitioner Dashon Hines ("petitioner" or "Hines") filed his petition for a writ of habeas corpus with this Court. Docket No. 1. A response to the petition was filed by the respondent on June 25, 2002. Docket No. 16. On May 31, 2005 petitioner filed a notice of voluntary dismissal. (Docket No. 65). Hines requests that his petition be withdrawn, and states that "I understand that a dismissal will not include a determination of the merits of my habeas petition and that I am time-barred from seeking judicial relief in another action." Docket No. 65, page 2. The respondent

filed a letter response joining the request. Docket No. 66.

Accordingly, petitioner's motion for voluntary dismissal of this action is granted.

WHEREFORE, it is hereby

ORDERED, that petitioner's requests to dismiss this action (Docket No. 65) is granted, and it is further

ORDERED, that the Clerk serve a copy of this Order on the parties by regular mail.

IT IS SO ORDERED.

Dated:     June 30, 2005
           Albany, New York

_____
Gary L. Sharpe
U.S. District Judge